# United States District Court
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 10/5/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
TRACEY LADALE CARROLL

Case No: 5:02-Cr-132-1BO

USM No: 22029-056

Date of Original Judgment: December 4, 2002
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 162 months

The reduction in the sentence of imprisonment is applicable to Count 1 only. The 60 months concurrent term of imprisonment in Count 2 is unchanged.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 4, 2002 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-5-12

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, US District Judge
*Printed name and title*