# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8669
Fax: 919-861-5555

**DATE:** June 28, 2017

**FROM:** Christopher Studley
U.S. Probation Officer

**SUBJECT:** CARROLL, Tracy Ladale
Case No.: 5:02-CR-132-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On December 4, 2002, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Crack Cocaine and Possession of a Firearm During and in Relation to a Drug Trafficking Crime, Tracy Ladale Carroll appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 180 months imprisonment to be followed by 5 years supervised release. On December 5, 2012, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 162 months.

The defendant was released from custody on January 9, 2014, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since June 2016. His term of supervision is set to expire on January 18, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested. In response, AUSA Toby Lathan advised that the government opposes early termination in this case. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          6-28-17
Terrence W. Boyle                       Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:02-CR-132-1BO

**TRACY LADALE CARROLL**

On January 9, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Christopher Studley  
Christopher Studley  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8669  
Executed On: June 28, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28 day of June, 2017.

Terrence W. Boyle  
U.S. District Judge